IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RAFAEL GEOVANY CORLO SOLIS,

Petitioner,

vs.

WARDEN, NDCS Work Ethic Camp, et al.,

Respondents.

8:26-CV-658

ORDER

The Court entered judgment in this case on November 4, 2026, directing the government to provide the petitioner with a bond hearing on or before November 12, 2026. Filing 10. The government filed a status report on November 12, indicating that a bond hearing had been held on November 10 and that bond had been denied because the petitioner was a danger to the public. Filing 11.

The Court has now received a motion dated November 14, which contradicts the government's status report and asserts that no bond hearing was held. Filing 12. To be specific, the motion doesn't argue that a bond hearing was held but it wasn't constitutionally sufficient for some reason. *See, e.g.*, *Lopez Garcia v. Bondi*, No. 0:26-CV-1513 (D. Minn. Mar. 2, 2026). Rather, the motion contends that the bond hearing reported by the government didn't happen *at all*. *See* filing 12.

The Court notes that the "petitioner"[1] did not sign the motion for enforcement under penalty of perjury, or provide any supporting evidence. And

[1] The Court has some question about the petitioner's authorship of the motion, given that it's dated November 14 and purportedly signed by the petitioner, but was mailed from Houston, Texas on that date when the petitioner was presumably still detained in McCook, Nebraska.

the Court has absolutely no reason to question the integrity of the government's counsel. But it's not impossible that something was misreported to counsel, so, from an excess of caution, the Court will ask the government to respond to the motion for enforcement.

IT IS ORDERED:

1. On or before December 2, 2026, the federal respondents shall respond to the motion for enforcement (filing 12) and provide such evidence as is necessary to establish that a bond hearing was held for the petitioner on November 10, 2026, as previously reported.

2. The petitioner may reply in support of his motion on or before December 9, 2026.

Dated this 18th day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge